# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5329**

**September Term, 2025**

**1:24-cv-03667-UNA**

**Filed On:** May 12, 2026

Jim R. Harris, Jr.,

        Appellant

        v.

United States of America,

        Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Walker, Childs, and Garcia, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's August 26, 2025 order be affirmed. Appellant argues that the district court erred in construing his case-initiating submission as a civil complaint rather than as a criminal complaint. However, the district court correctly concluded that appellant lacks "a judicially cognizable interest in the prosecution or nonprosecution of another." Linda R.S. v. Richard D., 410 U.S. 614, 619 (1973). And the district court reasonably construed appellant's submission as attempting to raise civil claims against the United States. Finally, appellant does not address in his brief, and has therefore forfeited any challenge to, the district court's conclusions that the criminal statutes he relies on do not confer a private right of action and that any civil fraud claim he pleaded is barred by sovereign immunity. See U.S. ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004) (arguments not raised on appeal are generally waived).

# United States Court of Appeals

_____

## No. 25-5329                                September Term, 2025


Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk